IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In Re:                                                Case No. 16-30971
                                                         (Chapter 13)

Stacey Leigh Ravert,
SSN: xxx-xx-6707
          Debtor.

---

### Motion to Hardship Discharge

      NOW COMES the above debtor, by and through counsel, and pursuant to 11 U.S.C. 1328(b), respectfully requests that the Court enter an Order modifying the Chapter 13 plan in this case as requested herein. In support thereof, the debtor shows unto the Court as follows:

      1. The debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on June 13, 2016.

      2. A Chapter 13 plan for the debtor subsequently was confirmed on August 25, 2016, and under the plan as confirmed and later modified, the debtor's plan payment was $900.00 for the months of November 2020 through January 2021. The debtor's plan payment must increase to $1,375.00 per month starting in February 2021 if plan duration is extended to 84 months. The debtor is in the 54th month since confirmation of her plan and the approximate payoff amount is over $13,200.00. The debtor is unable to complete her plan.

      3. The failure of the debtor to complete her plan is due to circumstances for which the debtor should not justly be held accountable in that the debtor works in the retail industry and her hours have been significantly cut and her net monthly income is significantly less and sporadic. The debtor's budget has not changed from her last amended budget. *(See Amended Schedules I and J filed as Document #36 on November 9, 2020.)* The increased plan payment to finish within 62 months or 84 months is not feasible.

      4. The value, as of the effective date of the plan, of the payments actually disbursed under the Plan is not less than the amount that would have been paid on such claims if the estate of the debtor had been liquidated under Chapter 7 on such date. This case is clearly a "no asset" case under Chapter 7.

      5. By reasons of the circumstances cited above, modification of the debtor's plan under Section 1329 of the Bankruptcy Code is not practicable.

      6. The debtor is seeking a hardship discharge of her general unsecured debts. She acknowledges that she will still have outstanding liability with Wells Fargo Bank upon the conclusion of her case.

WHEREFORE, the debtor prays that the Court allows this motion and application and for such other and further relief as the Court finds just and proper.

Date:   February 9, 2021

/s/ Marcus D. Crow
Marcus D. Crow
Attorney for Debtor
315-B North Main Street
Monroe, N.C.  28112
Telephone: (704) 283-1175
N.C. Bar No.: 27774

**Local Form 8HD**                                                                                          **March 2013**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

In Re:                                                      Case No. 16-30971
                                                            (Chapter 13)
Stacey Leigh Ravert,
SSN: xxx-xx-6707
                    Debtor.

---

### CHAPTER 13 DEBTOR'S CERTIFICATIONS IN SUPPORT OF MOTION FOR HARDSHIP DISCHARGE REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

Pursuant to 11 U.S.C. § 1328(b) the debtor makes the following certifications and attaches the same to the Motion for Hardship Discharge.

1. __XX__ I owed no Domestic Support Obligation when I filed my Chapter 13 petition, and I have not been required to pay any such obligation since then.

2. _____ I am or have been required to pay a Domestic Support Obligation. I have paid all such amounts that my Chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my Chapter 13 petition and today.

2a. Because I checked paragraph 2 above, I am providing the information below:

   My current address is:_____

   My current employer and my employer's address:_____

   Debts not discharged under 11 U.S.C. § 523(a)(2) or (4):_____

   Debts reaffirmed under 11 U.S.C. § 524(d):_____

3. __XX__ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), that exceeds $146,450* in value in the aggregate.

4. _____ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), that exceeds $146,450* in value in the aggregate.

I declare under penalty of perjury that the information provided in this certification is true and correct.

Dated: _2/9/2021_                          /s/ Stacey Leigh Ravert
                                           _____
                                           Debtor

Dated: _____                         _____
                                           Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

In Re:                                                  Case No. 16-30971
                                                             (Chapter 13)

Stacey Leigh Ravert,
SSN: xxx-xx-6707
                      Debtor.

## NOTICE OF HEARING ON MOTION

TAKE NOTICE that the debtor has filed a Motion for Hardship Discharge. A copy of the motion is included with this Notice or copied on the reverse side of this Notice.

<u>Your rights may be affected.</u> You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief requested in the document, or if you want the Court to consider your views on the motion and application, then on or before **fourteen (14) days from the date of this notice**, you or your attorney must do three (3) things:

1. **File with the Court a written response <u>requesting that the Court hold a hearing</u> and explaining your position. File the response at:**

    Office of the Clerk for the United States Bankruptcy Court
    401 West Trade Street
    Charlotte, NC 28202

If you mail your request to the Court for filing, you must mail it early enough so the Court will **receive** it on or before fourteen (14) days from the date of this notice.

2. **On or before the deadline stated above for written responses, you must also mail a copy of your written request to:**

    Marcus D. Crow                      Warren L. Tadlock, Trustee
    315-B North Main Street             5970 Fairview Road, Ste. 650
    Monroe, N.C. 28112                 Charlotte, NC 28210

3. Attend the hearing scheduled for March 9, 2021, at 2:00 p.m. in Courtroom 1-5, United States Bankruptcy Court, 401 West Trade Street, Charlotte, North Carolina.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting the relief.

Date:   February 9, 2021

/s/ Marcus D. Crow

Matthew H. Crow
Attorney for Debtor
315-B North Main Street
Monroe, N.C. 28112
Telephone: (704) 283-1175
N.C. State Bar No.: 26117

## Certificate Of Service

This certifies that the foregoing and attached motion and application were served upon each of those persons shown below by depositing copies thereof in the United States Mail, First Class, postage prepaid, addressed to each of those persons at the address indicated for each on February 9, 2021.

| | |
|---|---|
| Bankruptcy Administrator<br>(via ECF notice) | Warren L. Tadlock, Chapter 13 Trustee<br>(via ECF notice) |

Ms. Stacey Ravert
(via   email address)

ALL CREDITORS ON
ATTACHED MATRIX

/s/ Marcus D. Crow

Marcus D. Crow, Attorney for Debtor

```
Label Matrix for local noticing          Charlotte Division                        American InfoSource LP as agent for
0419-3                                    401 West Trade Street                     T Mobile/T-Mobile USA Inc
Case 16-30971                             Charlotte, NC 28202-1633                  PO Box 248848
Western District of North Carolina                                                  Oklahoma City, OK 73124-8848
Charlotte
Mon Nov  9 14:23:17 EST 2020

CHC - Urgent Care West                    Capital One                               Carol Fincher
PO Box 70826                              PO Box 30285                              4117 John Stevenson Road
Charlotte, NC 28272-0826                  Salt Lake City, UT 84130-0285             Monroe, NC 28110-9202


Cavalry Portfolio Services                Cavalry SPV I, LLC as assignee of Capital On   Comenity Bank / Lane Bryant
Attn: Customer Care                       500 Summit Lake DR, ste 400               PO Box 182789
500 Summit Lake Drive                     Valhalla, NY 10595-2321                   Columbus, OH 43218-2789
Valhalla, NY 10595-2322


Credit One Bank                           Directv, LLC by American InfoSource LP as ag  First Premier Bank
PO Box 98873                              PO Box 5008                               P. O. Box 5524
Las Vegas, NV 89193-8873                  Carol Stream, IL 60197-5008               Sioux Falls, SD 57117-5524


First Savings Credit Card                 Hutchens Law Firm                         Internal Revenue Service
PO Box 5019                               4317 Ramsey Street                        Centralized Insolvency Operations
Sioux Falls, SD 57117-5019                Fayetteville, NC 28311-2133               PO Box 7346
                                                                                    Philadelphia, PA 19101-7346


Internal Revenue Service                  Joseph J. Vonnegut                        LVNV Funding LLC
P.O. Box 7317                             Hutchens, Senter, Kellam and Pettit, P.A  c/o Resurgent Capital Services
Philadelphia, PA 19101-7317               PO Box 2505                               PO Box 10587
                                          Fayetteville, NC 28302-2505               Greenville, SC 29603-0587


Merrick Bank                              Merrick Bank                              Midland Funding, LLC
PO Box 1500                               c/o Resurgent Capital Services            2365 Northside Drive #300
Draper, UT 84020-1500                     PO Box 10368                              San Diego, CA 92108-2709
                                          Greenville, SC 29603-0368


Milestone / Mid America B&T               NC Dept. of Revenue                       North Carolina Department of Revenue
PO Box 4477                               Bankruptcy Unit, Dept of Revenue          Bankruptcy Unit
Beaverton, OR 97076-4401                  PO Box 1168                               P.O. Box 1168
                                          Raleigh, NC 27602-1168                    Raleigh, NC 27602-1168


PMAB, Inc.                                (p)PORTFOLIO RECOVERY ASSOCIATES LLC      Premier Bankcard, LLC
P. O. Box 12150                           PO BOX 41067                              c/o Jefferson Capital Systems, LLC
Charlotte, NC 28220-2150                  NORFOLK VA 23541-1067                     PO Box 7999
                                                                                    Saint Cloud, MN 56302-7999


Quantum3 Group LLC as agent for Comenity Ban   Quantum3 Group LLC as agent for GPCC I LLC   S. Troy Staley
PO Box 788                                PO Box 788                                Hutchens Law Firm
Kirkland, WA 98083-0788                   Kirkland, WA 98083-0788                   Post Office Box 2505
                                                                                    4317 Ramsey Street
                                                                                    Fayetteville, NC 28311-2133
```

Smith Debnam
P.O. Box 26268
Raleigh, NC 27611-6268

Southeast Toyota Finance
Attention: Bankruptcy Department
PO Box 991817
Mobile, AL 36691-8817

Union County Tax Collector
P. O. Box 38
Monroe, NC 28111-0038

Wells Fargo Bank, NA
Wells Fargo Bank, N.A.
Default Document Processing/MAC# N9286-0
1000 Blue Gentian Road
Eagan, MN 55121-7700

Wells Fargo Home Mortgage
Bankruptcy Department
300 E. Sonterra Blve. #320
San Antonio TX 78258-3972

Wells Fargo Home Mortgage
Bankruptcy Dept. T7419-015
PO Box 659558
San Antonio, TX 78265-9558

World Omni Financial Corp. Its Successor and Assigns
c/o Weltman, Weinberg & Reis Co LPA
323 W. Lakeside Ave Suite 200
Cleveland OH 44113-1009

Marcus D Crow
The Crow Law Firm
315-B North Main Street
Monroe, NC 28112-4727

Matthew H. Crow
The Crow Law Firm
315-B North Main Street
Monroe, NC 28112-4727

Stacey Leigh Ravert
4117 John Stevenson Road
Monroe, NC 28110-9202
(Via email)

Warren L. Tadlock
5970 Fairview Road, Suite 650
Charlotte, NC 28210-2100

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Wells Fargo Bank, NA

End of Label Matrix
Mailable recipients    40
Bypassed recipients     1
Total                  41